UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean L Donnelly<br>　　　　　Debtor<br><br>MB Financial Bank, National Association, or its Successor or Assignee<br>　　　　　Movant<br>　　vs.<br>Robert H. Holber<br>Jean L Donnelly<br>　　　　　Respondents | Chapter 7<br>Bankruptcy No. 18-12168- MDC |

### ORDER

AND NOW, this 30th day of May, 20 18, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit MB Financial Bank, National Association, or its Successor or Assignee, to exercise applicable ~~state court~~ remedies under the loan documents with respect to the property located at: 3325 Nautical Drive, Southport, Florida 32409.

_____
Magdeline D. Coleman
United States Bankruptcy Judge

cc.:
Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Raymond M. Kempinski, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Jean L Donnelly
27 Noblewood Lane
Levittown, PA 19054

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107