United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean L Donnelly  
       Debtor

Case No. 18-12168-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: May 31, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.  
db           +Jean L Donnelly,    27 Noblewood Lane,    Levittown, PA 19054-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

         ANN E. SWARTZ    on behalf of Creditor    MB Financial Bank, National Association  
          ecfmail@mwc-law.com,    ecfmail@mwc-law.com  
         PAUL H. YOUNG    on behalf of Debtor Jean L Donnelly support@ymalaw.com,    ykaecf@gmail.com,  
          paullawyers@gmail.com,pyoung@ymalaw.com  
         RAYMOND M. KEMPINSKI    on behalf of Creditor    MB Financial Bank, National Association  
          rkempinski@mwc-law.com,    ecfmail@mwc-law.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MBFinancial Bank, National Association  
          bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean L Donnelly<br>        Debtor<br><br>MB Financial Bank, National Association, or its Successor or Assignee<br>        Movant<br>    vs.<br>Robert H. Holber<br>Jean L Donnelly<br>        Respondents | Chapter 7<br>Bankruptcy No. 18-12168- MDC |

### ORDER

AND NOW, this 30th day of May, 20 18, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit MB Financial Bank, National Association, or its Successor or Assignee, to exercise applicable ~~state court~~ remedies *under the loan documents* with respect to the property located at: 3325 Nautical Drive, Southport, Florida 32409.

Magdeline D. Coleman
United States Bankruptcy Judge

cc.:
Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Raymond M. Kempinski, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Jean L Donnelly
27 Noblewood Lane
Levittown, PA 19054

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107