Certificate Number: 03621-PAE-DE-031362886

Bankruptcy Case Number: 18-12168



03621-PAE-DE-031362886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2018, at 3:03 o'clock PM EDT, Jean L Donnelly completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 23, 2018

By: /s/Mike Fannelle

Name: Mike Fannelle

Title: Counselor