United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12168-mdc
Jean L Donnelly                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin        Page 1 of 2        Date Rcvd: Jul 27, 2018
                        Form ID: 318        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db          +Jean L Donnelly,    27 Noblewood Lane,    Levittown, PA 19054-3425
14083052    +CBF Serv Farmington,    509 E 20th St,    Farmington, NM 87401-2149
14083053    +CBF Serv Farmington,    500 N Orchard,    Farmington, NM 87401-6233
14083056    +Emerald Coast Collecti,    Po Box 1250,    Panama City, FL 32402-1250
14083058    +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
14083063    +Liberty Savings Bank,    800 W Madison St,    Chicago, IL 60607-2630
14083070    +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QRHHOLBER.COM Jul 28 2018 05:53:00      ROBERT H. HOLBER,    Robert H. Holber PC,
              41 East Front Street,    Media, PA 19063-2911
smg          E-mail/Text: megan.harper@phila.gov Jul 28 2018 02:00:05      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:17      Pennsylvania Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:55      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14083045    +EDI: AMEREXPR.COM Jul 28 2018 05:53:00      Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
14083046    +EDI: AMEREXPR.COM Jul 28 2018 05:53:00      Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
14083048    +EDI: BCSERVICES.COM Jul 28 2018 05:53:00      BC Services,    Po Box 1317,
              Longmont, CO 80502-1317
14083049    +EDI: BCSERVICES.COM Jul 28 2018 05:53:00      BC Services,    550 Disc Dr,
              Longmont, CO 80503-9343
14083047    +E-mail/Text: bankruptcy@bbandt.com Jul 28 2018 01:59:02      Bbt Rcvry,    Po Box 1847,
              Wilson, NC 27894-1847
14083051     E-mail/Text: bankruptcy@cavps.com Jul 28 2018 01:59:50      Cavalry Portfolio Services,
              Po Box 27288,    Tempe, AZ 85285
14083050    +E-mail/Text: bankruptcy@cavps.com Jul 28 2018 01:59:50      Cavalry Portfolio Services,
              Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14083054    +EDI: CHASE.COM Jul 28 2018 05:53:00      Chase Card Services,    Correspondence Dept,
              Po Box 15298,    Wilmington, DE 19850-5298
14083055    +EDI: CHASE.COM Jul 28 2018 05:53:00      Chase Card Services,    Po Box 15298,
              Wilmington, DE 19850-5298
14083057    +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 28 2018 02:00:26      Fifth Third Bank,
              Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
14083059    +E-mail/Text: jennifer.macedo@gatewayonelending.com Jul 28 2018 01:59:01
              Gateway One Lending & Finance,    Attn: Bankruptcy,    160 North Riverview Dr. Ste 100,
              Anaheim, CA 92808-2293
14083060    +E-mail/Text: jennifer.macedo@gatewayonelending.com Jul 28 2018 01:59:01
              Gateway One Lending & Finance,    160 N Riverview Dr Ste 1,    Anaheim, CA 92808-2293
14083062    +EDI: CBSKOHLS.COM Jul 28 2018 05:53:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-5660
14083064    +EDI: RESURGENT.COM Jul 28 2018 05:53:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
              Greenville, SC 29603-0497
14083065    +EDI: RESURGENT.COM Jul 28 2018 05:53:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
              Greenville, SC 29602-1269
14083067    +EDI: MID8.COM Jul 28 2018 05:53:00      Midland Funding,    2365 Northside Dr Ste 30,
              San Diego, CA 92108-2709
14083066    +EDI: MID8.COM Jul 28 2018 05:53:00      Midland Funding,    2365 Northside Dr Ste 300,
              San Diego, CA 92108-2709
14083407    +EDI: PRA.COM Jul 28 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14083068    +EDI: RMSC.COM Jul 28 2018 05:53:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
14083069    +EDI: RMSC.COM Jul 28 2018 05:53:00      Synchrony Bank/TJX,    Po Box 965005,
              Orlando, FL 32896-5005
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14083061      Kevin Donnelly
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                                  Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    MB Financial Bank, National Association
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              PAUL H. YOUNG    on behalf of Debtor Jean L Donnelly support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    MB Financial Bank, National Association
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MBFinancial Bank, National Association
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jean L Donnelly** | Social Security number or ITIN **xxx−xx−6637** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number:  **18−12168−mdc** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jean L Donnelly

7/26/18                                         **By the court:**  Magdeline D. Coleman
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**