United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean L Donnelly  
      Debtor

Case No. 18-12168-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 08, 2018  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.  
db          +Jean L Donnelly,   27 Noblewood Lane,   Levittown, PA 19054-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:

           ANN E. SWARTZ    on behalf of Creditor    MB Financial Bank, National Association  
            ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com  
           PAUL H. YOUNG    on behalf of Debtor Jean L Donnelly support@ymalaw.com,   ykaecf@gmail.com,  
            paullawyers@gmail.com,pyoung@ymalaw.com  
           RAYMOND M. KEMPINSKI    on behalf of Creditor    MB Financial Bank, National Association  
            ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    MBFinancial Bank, National Association  
            bkgroup@kmllawgroup.com  
           ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                : Chapter 7

Jean L Donnelly                       : Case No. 18−12168−mdc
      Debtor(s)

## *ORDER*
_____

    AND NOW, this day , August 8, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

32
Form 195